AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| Ashlie Jeremie ) ) ) ) ) | ~~26-mj-4288-DHH~~<br>26-MJ-4228-DHH |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____May 18, 2026____ in the county of ____Suffolk____ in the ____ District of ____Massachusetts____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 930(a) | Knowing possession or cause to present a firearm or other dangerous weapon in a federal facility |

This criminal complaint is based on these facts:

See attached Affidavit of Federal Protective Service Special Agent David Durfee.

☑ Continued on the attached sheet.

_David Durfee_
*Complainant's signature*

Durfee
David ~~Durfree~~, Special Agent, FPS
*Printed name and title*

~~Subscribed and~~ sworn to via telephone in accordance with
Federal Rule of Criminal Procedure 4.1.

Date:  **May 19, 2026**

_Loard H. Hennessy_
*Judge's signature*

City and state:        Boston, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*