JS 45 (5/97) - (Revised U.S.D.C MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston, MA          **Category No.** III          **Investigating Agency** FPS

**City**    Boston

**County**  Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number    26-4288-DHH

Search Warrant Case Number    _____

R 20/R 40 from District of    _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name    Ashlie Jeremie                                    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name:    _____

Address:    _____

Birth date (Yr only): 1998    SSN (last 4#): 0820    Sex: M    Race _____    Nationality: Gambon

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: J. Aidan Lang                    Bar Number if applicable: _____

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**    ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**    Joseph Moakley Courthouse

**Arrest Date:**    May 18, 2026

☑ Already in Federal Custody as of    May 18, 2026    in    Joseph Moakley Courthouse .

☐ Already in State Custody at _____    ☐ Serving Sentence        ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☑ Misdemeanor One    ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 5/19/2026        Signature of AUSA: */s/ J. Aidan Lang*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Ashlie Jeremie

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C § 930(a) | Knowing Possession of Firearm in a Federal Facility | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013